# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: VARIOUS ASSETTS INCLUDING APPROXIMATELY $29,701.60 REPRESENTING THE CONTENTS OF FIRST FEDERAL BANK OF DICKSON BUSINESS ACCOUNT ENDING IN 7357; APPROXIMATELY $5,172.48 REPRESENTING THE CONTENTS OF FIRST FEDERAL BANK OF DICKSON PERSONAL ACCOUNT ENDING IN 3445; $7,118.06 US CURRENCY; $8,604.00 US CURRENCY; $182,420.00 US CURRENCY; 2012 NISSAN FRONTIER BEARING VIN# 1N6AD0ER5CN701444; 2011 NISSAN ARMADA BEARING VIN# 5N1AA0ND4BN607498; and 2006 GM HUMMER H3 BEARING VIN# 5GTDN136768109664.<br><br>**Defendants.** | Miscellaneous No.<br><br>**MOTION GRANTED**<br>*Kevin H. Sharp* |

## MOTION TO WAIVE CAFRA DEADLINES

The undersigned moves, for good cause shown and with agreement of the parties with a potential interest in the assets set forth below, this Honorable Court to toll the Civil Asset Forfeiture Reform Act (CAFRA) 18 U.S.C. § 983 deadline to file a Complaint against the Defendant Property listed below until thirty days after the final criminal case is resolved against the defendants. *See* 18 U.S.C. § 983(a)(3). It is the position of the United States that because the Defendant Property was seized pursuant to criminal search and seizure warrants and are presently the subject of an Indictment forfeiture allegation in *United States v. Hector Zapien, et al*, MDTN Case No. 3:14cr00037, the CAFRA deadline does not apply. 18 U.S.C. § 983(a)(3)(A) and (B). However this motion is filed in an abundance of caution to preserve the

1